FILED

MAR 0 4 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MOORE,<br>    Plaintiff,<br><br>v.<br><br>OFFICER COREY A. FLAGG,<br>Star #9386, OTHER UNKNOWN<br>CHICAGO POLICE OFFICERS, and the<br>CITY OF CHICAGO,<br>    Defendants. | ) <br>) <br>) No. **05C 1301**<br>) <br>) <br>)     **JUDGE GRADY**<br>) <br>) <br>) Jury Demand   **MAGISTRATE JUDGE NOLAN**<br>) |

## COMPLAINT

### COUNT I

### JURISDICTION AND VENUE

1. This Court has jurisdiction based on 28 U.S.C. §§1331 and 1343(a) because the case raises federal constitutional issues.

2. The Court has supplementary jurisdiction over substantially related state claims based on 28 U.S.C. 1367(a).

3. This is an appropriate venue because all of the alleged acts occurred within the Northern District of Illinois and all of the parties reside within the Northern District of Illinois.

4. This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's constitutional rights under the Fourth Amendment as incorporated and applied to state

governments through the Fourteenth Amendment to the United States Constitution.

## PARTIES

5. Plaintiff is a citizen of the United States and is a resident of Chicago, Illinois.

6. Defendants, Officer Flagg and other unknown Chicago police officers, were on duty and acting under color of state law at all times relevant to this Complaint.

7. The City of Chicago is a municipality organized under the laws of the State of Illinois and the employer of Officer Flagg and other unknown Chicago police officers.

## THE FACTUAL BASIS VIOLATION

8. On or about October 21, 2003, Plaintiff was at his residence at 6837 S. Indiana in Chicago, IL.

9. The building at 6837 S. Indiana is a two flat owned by the Plaintiff, who resides on the second floor.

10. Officer Flagg and other unknown Chicago police officers forced their way into the vestibule of the building at 6837 S. Indiana, Chicago, IL.

11. Defendants had not witnessed Plaintiff violate any city, county, state, and/or federal law.

12. Defendants had a search warrant for "Boo," a male black, 19-23 years old, 5'8" - 5'10" and 150 lbs, and for the second floor of Plaintiff's residence.

13. Plaintiff is a male black who was 53 years old on October 21, 2003.

14. Defendants did not have an arrest warrant for the Plaintiff.

15. Defendants did not have consent to search the Plaintiff.

16. The Defendants searched the Plaintiff.

17. The Defendants did not have probable cause to search or arrest the Plaintiff.

18. Defendant Flagg claimed to have found narcotics in Plaintiff's residence.

19. The Plaintiff did not resist, disobey, or obstruct the defendants during their illegal search and arrest of the Plaintiff.

20. The Defendants charged the Plaintiff with illegal possession of narcotics, Case No. 03 CR 2515601.

21. The Plaintiff spent 52 days in custody on Case No. 03 CR 2515601 before bonding out on a $25,000 "D" bond.

22. On August 3, 2004, Plaintiff was found not guilty of all of the charges in Case No. 03 CR 2515601.

23. The Plaintiff has never been convicted of any criminal offense.

WHEREFORE, Plaintiff prays this Court will award him actual and punitive damages as well as costs and reasonable attorney fees against the Defendants for his false arrest.

## COUNT II - STATE MALICIOUS PROSECUTION

1-23. Plaintiff re-alleges paragraphs 1-23 of Count I as paragraphs 1-23 of Count II.

24. Defendant Officer Flagg and other unknown Chicago police officers wrote false and misleading police reports regarding the arrest of plaintiff on October 21, 2003.

25. Defendants knew their false police reports would be relied on by superior officers and Assistant State's Attorneys to determine charges against the plaintiff.

26. Based on the defendants' false reports, plaintiff was charged under case number 03 CR 2515601.

27. On August 3, 2004, case number 03 CR 2515601 was disposed of in favor of the plaintiff.

WHEREFORE, Plaintiff prays this Court will award him actual and punitive damages as well as costs and reasonable attorney fees against the Defendants for his false arrest.

## COUNT III - STATUTORY INDEMNIFICATION

1-27. Plaintiff re-alleges paragraphs 1-27 of Count II as paragraphs 1-27 of Count III.

28. At all relevant times, 745 ILCS 10/9-102 was in full force and effect.

29. The Defendant officers were acting under color of state law and as employees of the City of Chicago.

WHEREFORE, Plaintiff prays the Court will award him actual damages and costs against the City of Chicago.

Respectfully Submitted,

*/s/ Thomas Peters*

THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1735
Chicago, Illinois 60605
312-697-0022